DIS20012R00606

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2015 JAN 27  AM 10: 36
CLERK'S OFFICE
AT BALTIMORE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. WDQ-15-0035 |
| v. | : | |
| DON F. LINDNER, | : | (Filing a False Tax Return, 26 U.S.C. § 7206(1)) |
| Defendant. | : | |

...oOo...

## CRIMINAL INFORMATION

### COUNT ONE

The United States Attorney for the District of Maryland charges that:

On or about April 15, 2009, while residing in Severna Park, Maryland and conducting business in Glen Burnie, Maryland, the defendant,

**DON F. LINDNER,**

who was a licensed attorney practicing in the State of Maryland, did willfully make and subscribe a false and fraudulent U.S. Individual Income Tax Return, Form 1040, for tax year 2008, which was verified by a written declaration that it was made under the penalties of perjury and which the defendant did not believe to be true and correct as to every material matter. In that false income tax return, the defendant declared under oath that he received $55,592 (Schedule C, line 1) in gross receipts from his law practice in the calendar year 2008, and that his tax due and owing for the calendar year was $3,644 (Form 1040, line 61). In fact, as he then and there knew, he had received $455,591 in gross receipts from his law practice in the calendar year 2008, and his

correct tax due and owing for the calendar year was substantially in excess of the tax due and owing reported by the defendant to the Internal Revenue Service.

26 U.S.C. § 7206(1)

*Rod Rosenstein* BY DIS
Rod J. Rosenstein
United States Attorney

1/26/15
Date